**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Pennsylvania Brewing Company Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **25-1520175** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**800 Vinial Street**
**Pittsburgh, PA 15212**
Number, Street, City, State & ZIP Code

**Allegheny**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Pennsylvania Brewing Company Inc.**          Case number (*if known*) _____
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

---

Debtor   **Pennsylvania Brewing Company Inc.**
_____
Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Arkham Realty and Property Managment LLC** | Relationship | _____ |
| District | **Western District of Pennsylvnaia** | When | **3/04/26** | Case number, if known | **26-20610-CMB** |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Pennsylvania Brewing Company Inc.**                          Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2026**
               MM / DD / YYYY

**X** **/s/ Stefan W. Nitsch**                              **Stefan W. Nitsch**
Signature of authorized representative of debtor            Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Donald R. Calaiaro**                    Date   **March 31, 2026**
Signature of attorney for debtor                           MM / DD / YYYY

**Donald R. Calaiaro**
Printed name

**Calaiaro Valencik**
Firm name

**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone   **412-232-0930**      Email address   **dcalaiaro@c-vlaw.com**

**27538 PA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pennsylvania Brewing Company Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Fire Extinguisher Inc 4641 Peoples Road Pittsburgh, PA 15237** | | | | | | **$1,878.50** |
| **AIM Transportation Solutions P.O. Box 92917 Cleveland, OH 44194** | | | | | | **$2,428.88** |
| **Allegheny County Airport Authority P.O. Box 642623 Pittsburgh, PA 15264** | | | **Disputed** | | | **$131,997.46** |
| **Austin Tape & Label 3350 Cavalier Trail Stow, OH 44224** | | | | | | **$7,926.34** |
| **Balfurd Healthcare and Linen Rentals 2467 Park Ave. Tipton, PA 16684** | | | | | | **$11,990.67** |
| **Belmark P.o. Box 8814 Carol Stream, IL 60197** | | | | | | **$12,871.25** |
| **Berlin Packaging, Inc. P.O. Box 74007164 Chicago, IL 60674** | | | | | | **$18,319.54** |
| **First Commonwealth Bank 654 Philadelphia Street P.O. Box 400 Indiana, PA 15701** | | | | | | **$5,113,769.67** |

Debtor  **Pennsylvania Brewing Company Inc.**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Joe Belan 1285 Snee Drive Pittsburgh, PA 15236** | | | | | | $2,550.00 |
| **Keg Craft 1285 Snee Drive Pittsburgh, PA 15236** | | | | | | $3,164.53 |
| **Longs Cleaning 56285 Key-Bellaire Road Bellaire, OH 43906** | | | | | | $2,398.00 |
| **McKamish Inc. 50 55th Street** | | | | | | $11,783.96 |
| **Packaging Corporation of America P.O. Box 12406 Harrisburg, PA 17101** | | | | | | $9,530.13 |
| **Paragon 173 Thorn Hill Road Warrendale, PA 15086** | | | | | | $1,592.09 |
| **Peoples Natural Gas P.O. 644760 Pittsburgh, PA 15264** | | | | | | $1,579.34 |
| **PWSA P.O. Box 747055 Pittsburgh, PA 15274** | | | | | | $10,347.10 |
| **RAM Industrial Services LLC P.O. Box 392177 Pittsburgh, PA 15251** | | | | | | $6,487.52 |
| **UPMC Health Plan BOX 371842 Pittsburgh, PA 15250** | | | | | | $9,174.00 |
| **WHITE LABS INC 9495 Candida Street San Diego, CA 92126** | | | | | | $1,683.57 |
| **Yakima Chief - Hopunion LLC 306 Division Street Yakima, WA 98902** | | | | | | $1,188.00 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Pennsylvania Brewing Company Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pennsylvania Brewing Company Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2026**

Date

/s/ Donald R. Calaiaro

**Donald R. Calaiaro**

Signature of Attorney or Litigant

Counsel for   **Pennsylvania Brewing Company Inc.**

**Calaiaro Valencik**

**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
**412-232-0930 Fax:412-232-3858**
**dcalaiaro@c-vlaw.com**