IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

26-20914

In Re:
    **Pennsylvania Brewing Company Inc.**

                      Debtor

    **Pennsylvania Brewing Company Inc.**
Movant

               v.

No Respondent

:  Bankruptcy No.
:
:  Chapter **11**
:
:
:
:
:
:  Related to Document No. 1
:
:
:
:
:
:

### NOTICE REGARDING FILING OF MAILING MATRIX

    In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Donald R. Calaiaro**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Donald R. Calaiaro**

   Signature
**Donald R. Calaiaro**

Typed Name
**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**

Address
**412-232-0930 Fax:412-232-3858**

Phone No.
**27538 PA**

List Bar I.D. and State of Admission

26-20914

ABC Fire Extinguisher Inc
4641 Peoples Road
Pittsburgh, PA 15237

AIM Transportation Solutions
P.O. Box 92917
Cleveland, OH 44194

Allegheny County Airport Authority
P.O. Box 642623
Pittsburgh, PA 15264

Arkham Asylum, LLC

Arkham Realy and Preoprty Mangagement LI

Austin Tape & Label
3350 Cavalier Trail
Stow, OH 44224

Balfurd Healthcare and Linen Rentals
2467 Park Ave.
Tipton, PA 16684

Belmark
P.o. Box 8814
Carol Stream, IL 60197

Berlin Packaging, Inc.
P.O. Box 74007164
Chicago, IL 60674

Ecolab
26252 Network Place
Chicago, IL 60673

First Commonwealth Bank
654 Philadelphia Street
P.O. Box 400
Indiana, PA 15701

Frank B. Fuhrer Wholesale Co.
3100 E. Carson St.
Pittsburgh, PA 15203

Joe Belan
1285 Snee Drive
Pittsburgh, PA 15236

Justin L. McCall, Esquire
McGrath McCall, P.C.
Four Gateway Center, Suite 1340
444 Liberty Ave.
Pittsburgh, PA 15222

26-20914

Keg Craft
1285 Snee Drive
Pittsburgh, PA 15236

Kool Kleen, Inc.
783 Pine Valley Road
Pittsburgh, PA 15239

LAZ Parking-PIA
P.O. Box 12448
Pittsburgh, PA 15231

Longs Cleaning
56285 Key-Bellaire Road
Bellaire, OH 43906

McKamish Inc.
50 55th Street

Overhead Door
400 Poplar Street
Pittsburgh, PA 15223

Packaging Corporation of America
P.O. Box 12406
Harrisburg, PA 17101

Paragon
173 Thorn Hill Road
Warrendale, PA 15086

Peoples Natural Gas
P.O. 644760
Pittsburgh, PA 15264

PWSA
P.O. Box 747055
Pittsburgh, PA 15274

R.L. SWEARER COMPANY, INC.
P.O. Box 471
Sewickley, PA 15143

RAM Industrial Services LLC
P.O. Box 392177
Pittsburgh, PA 15251

Republic Services
PO Box 71068
Charlotte, NC 28272

Smith Provision Company Inc.
1300 Cranberry Street
Erie, PA 16501

26-20914

Sonitrol of Pittsburgh
610 MELWOOD AVE
Pittsburgh, PA 15213

STOCKERTOWN BEVERAGE
PO BOX 20
Stockertown, PA 18083

STRIP DISTRICT MEATS
2123 Penn Avenue
Pittsburgh, PA 15222

Summit Fire & Security
P.O.Box 855227
Minneapolis, MN 55485

Target Office Products
209 Parkway View Drive
Pittsburgh, PA 15205

UPMC Health Plan
BOX 371842
Pittsburgh, PA 15250

US BANK EQUIPMENT FINANCE
P.O. Box 790448
Saint Louis, MO 63179

Vermont Information Processing
402 Watertower Circle
Colchester, VT 05446

WEST PENN LACO
331 OHIO ST
Pittsburgh, PA 15209

WHITE LABS INC
9495 Candida Street
San Diego, CA 92126

Yakima Chief - Hopunion LLC
306 Division Street
Yakima, WA 98902

ZEP SALES AND SERVICE
600 Galleria Pwky, SE ste 1500
Atlanta, GA 30339