## United States Bankruptcy Court
### Western District of Pennsylvania

In re    Pennsylvania Brewing Company Inc.                      Case No.

                                         Debtor(s)          Chapter     11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Stefan W. Nitsch, declare under penalty of perjury that I am the Managing Member of Pennsylvania Brewing Company Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Stefan W. Nitsch, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Stefan W. Nitsch, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Stefan W. Nitsch, Managing Member of this Corporation is authorized and directed to employ Donald R. Calaiaro, attorney and the law firm of Calaiaro Valencik to represent the corporation in such bankruptcy case."

Date     3/31/26                      Signed                                                   

Stefan W. Nitsch

Resolution of Board of Directors

of

**Pennsylvania Brewing Company Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stefan W. Nitsch, Managing Member** of this Corporation is authorized and directed to employ **Donald R. Calaiaro**, attorney and the law firm of **Calaiaro Valencik** to represent the corporation in such bankruptcy case.

Date ___3/31/26___       Signed _____

Date _____       Signed _____